10 copies

In the United States District Court for the Northern or Southern District of Illinois: circled one

| | |
|---|---|
| Enos F. Taplin Jr. <br> Plaintiff <br> v. <br> Tom Dart <br> Defendant | Case # 1:16-cv-7736 <br><br> Judge: John J. Tharp Jr. |

## Motion for Judgment on the merits

1.) I am requesting a judgment for my medical records, all evidence, and for all my discovery tools.

**FILED**
DEC 0 2 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dated: 11-28-16

Enos F. Taplin Jr. ~~#2015091507~~
Enos F. Taplin Jr. #20150915076 DIV8RTU4G
~~P.O. Box 089002 California Ave~~
P.O. Box 089002 California Ave
Chicago, IL 60608

Enos F. Taplin Jr.

S SUBURBAN IL 604

30 NOV 2016 PM 7 L



RECEIVED

DEC 0 2 2016 DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoner Correspondance
Clerk's office
U.S. District Court
219 Dearborn Street
Chicago, IL 60604



12/02/2016-22